IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY RICHARDSON, #151475, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | CASE NO. 2:16-CV-752-WKW [WO] |
| WALTER MYERS and LUTHER STRANGE, | ) ) ) | |
| Respondents. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 11.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED; and

2. Petitioner Jeffrey Richardson's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED under § 2244(b)(3)(A) for Mr. Richardson's failure to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing consideration of his successive habeas petition.

A final judgment will be entered separately.

DONE this 8th day of February, 2017.

                                          /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE